IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MAURICE G. HARGROVE SR.,

Appellant,

v.

AMERICAN STAFF
MANAGEMENT INC., and
NORMAN COMPANY,

Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4716

Opinion filed April 19, 2017.

An appeal from an order of Judge of Compensation Claims.
Jonathan Walker, Judge.

Date of Accident:  June 18, 2014.

Maurice G. Hargrove, pro se, Appellant.

H. George Kagan of Miller, Kagan, Rodriguez & Silver, P. L., for Appellees.

PER CURIAM.

     AFFIRMED.

RAY, MAKAR, and WINSOR, JJ., CONCUR.